Diana G. Dickinson, Esq.
Nevada Bar No. 13477
Littler Mendelson, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:   702.862.8800
Fax No.:      702.862.8811
ddickinson@littler.com

Attorney for Defendant
BACKGROUNDCHECKS.COM LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Melvin Washington,<br><br>  Plaintiff,<br><br>v.<br><br>National Consumer Telecom & Utilities Exchange, Inc.; Innovis Data Solutions, Inc.; Clarity Services, Inc. and Backgroundchecks.com LLC,<br><br>  Defendants. | Case No. 2:24-cv-01618-JAD-DJA<br>**JOINT MOTION** ~~STIPULATION~~ **TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff MELVIN WASHINGTON ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of November 4, 2024, up to and including **December 4, 2024.**

The requested extension is necessary in light of the fact the parties have begun discussions regarding the scope and handling of the case and potential resolution of this matter. The additional time will allow the parties to complete these discussions for efficiency before having to engage in motion practice.

///

///

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: October 25, 2024

Respectfully submitted,

*/s/ Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq
FREEDOM LAW FIRM, LLC

*Attorneys for Plaintiff*
GWENDOLYN WASHINGTON

Dated:  October 25, 2024

Respectfully submitted,

*/s/ Diana G. Dickinson*
Diana G. Dickinson, Esq.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

**ORDER**

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion. The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c). The Court GRANTS the joint motion (ECF No. 13).

DATED: 10/28/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE